UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:18-CV-80708-RLR

SANDY SZYMONOWICZ,

    Plaintiff,

vs.

ADT LLC,

    Defendant.

_____/

NOTICE OF SETTLEMENT

**PLEASE TAKE NOTICE** that the above entitled matter has been resolved between the parties as of December 10, 2018, pending the exchange of final settlement documents and drafts. The parties respectfully request that the Court strike all pending dates from it calendar in this matter and retain continuing jurisdiction pending the prompt filing of a Notice of Dismissal herein.

Dated: December 10, 2018

Respectfully submitted,

*s/ Laura Hoy*
Laura Hoy, Esq.
Florida Bar No. 59025
E-mail: laura@fight13.com
Secondary E-Mail: tony@fight13.com

**Loan Lawyers, LLC**
2150 S. Andrews Ave, 2nd Floor
Ft. Lauderdale, FL 33316
Telephone: (954) 523-4357
Facsimile: (954) 581-2786

**Barry & Helwig, LLC**
Peter F. Barry, Esq.
Minnesota Atty. ID No. 0266577

2828 University Ave SE, # 202  
Minneapolis, MN 55414  
Tel: (612) 379-8800  
Fax: (612) 379-8810  
Email: pbarry@lawpoint.com  
*(Admitted Pro Hac Vice)*

Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on December 10, 2018 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Laura Hoy*  
Laura Hoy, Esq.  
Florida Bar No. 59025